IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| HAKIMAH JABBAR, | : | Case No. 1:20-cv-245 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| JAMES L. GRAHAM, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 7)**

This case is before the Court on Plaintiff's Objection (Doc. 11) to Magistrate Judge Stephanie K. Bowman's Report and Recommendations (Doc. 7). The Magistrate Judge recommends that Defendants' Motion to Dismiss (Doc. 2) should be granted. Plaintiff filed an Objection to the Report and Recommendations (Doc. 11), making this matter now ripe for review.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objection (Doc. 11) is not well-taken and is accordingly **OVERRULED**. The Court hereby **ADOPTS** the Report and Recommendations (Doc. 7) in its entirety. Defendants' Motion to Dismiss (Doc. 2) is therefore **GRANTED**. Furthermore, the Court certifies under 28 U.S.C. § 1915(a)(3) that for the reasons identified in the Report and Recommendations, an appeal of this Order would not be taken in good faith.

Case: 1:20-cv-00245-MWM-SKB Doc #: 12 Filed: 04/28/20 Page: 2 of 2  PAGEID #: 69

2

**IT IS SO ORDERED.**

                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF OHIO

                                      By:   */s/ Matthew W. McFarland*
                                              JUDGE MATTHEW W. McFARLAND